# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

RAHEEM ZAIKEES LANARD FULTON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-1018

_____

March 13, 2026

Appeal from the Circuit Court for Hillsborough County; Lawrence M. Lefler, Judge.

Blair Allen, Public Defender, and Pamela H. Izakowitz, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Jonathan P. Hurley, Senior Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

Affirmed.

KELLY, ROTHSTEIN-YOUAKIM, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.